NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**STACY CARSON AND AMY CARSON,**
AS LEGAL GUARDIANS FOR **KIT CARSON,**
*Petitioners-Appellants,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2010-5089

---

Appeal from the United States Court of Federal Claims in case no. 02-VV-873, Judge Mary Ellen Coster Williams.

---

**ON MOTION**

---

**O R D E R**

The Secretary of Health and Human Services moves without opposition to stay the briefing schedule in this appeal pending this court's disposition in *Cloer v. Sec'y of Health and Human Services,* 2009-5052.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule is granted. The Secretary is directed to inform the court within 30 days of the disposition of *Cloer* how this appeal should proceed. The appellants may also respond within that time.

FOR THE COURT

FEB 0 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David P. Matthews, Esq.
Heather L. Pearlman, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 03 2011

JAN HORBALY
CLERK